# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1583.  VERONICA PATRISHA NEWSOME v. CITY OF ATLANTA et al.**

Veronica Patrisha Newsome sued the City of Atlanta, Kasim Reed, George Turner, and J. M. Thomas.  Newsome obtained a default judgment against Thomas as to liability, but the court expressly left pending the issue of damages.  A few days later, on February 6, 2017, the trial court granted the remaining defendants' motion to dismiss for failure to state a claim upon which relief could be granted.  Newsome filed a notice of appeal from the trial court's dismissal order.  We lack jurisdiction because no final judgment has been entered in this case.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas Co.*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995) (citation omitted).  Here, although the trial court entered default judgment against Thomas as to liability, the court stated in its order that damages "shall be DETERMINED and AWARDED to the PLAINTIFF at a time and place to be determined."  Therefore, no final judgment has been entered in this case, and Newsome was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) in order to appeal.  See *Neal v. State*, 182 Ga. App. 37 (354 SE2d 664) (1987).  Her failure to do so deprives us of

jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/12/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*